AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Apple MacBook Pro Laptop Computer Serial Number FVFXC2MMHV29; Western Digital External Hard Drive Serial Number WX21A19ATFF3 | )<br>)<br>)  Case No. 19-309M<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Delaware____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein

UNSEALED 1/26/24 KJK

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein

JAN 30 2020

**YOU ARE COMMANDED** to execute this warrant on or before  Dec. 27, 2019  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  Dec. 13, 2019  10:44 am      _____
                                                       *Judge's signature*

City and state:  Wilmington, Delaware    Honorable Sherry R. Fallon, U.S. Magistrate Judge
                                                       *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 19-309M | Date and time warrant executed: 12/13/2019 @ 12:00pm | Copy of warrant ~~and inventory~~ left with: FBI, Computer Analyst Mike Waski |
|---|---|---|

Inventory made in the presence of: Josh Wilson, Special Agent, FBI CART FE

Inventory of the property taken and name of any person(s) seized:

One Apple MacBook Pro Laptop Computer Serial number FVFXCZMMHV29; and one Western Digital harddrive Serial number WX21A19ATFF3

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/30/2020

_Executing officer's signature_

Joseph A. Ziegler, Special Agent
_Printed name and title_

Sworn to and subscribed before me,
1/30/2020

Sherry R. Fallon
U.S. Magistrate Judge

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19-309M | Date and time warrant executed: 12/13/2019 @ 12:00pm | Copy of warrant ~~and inventory~~ left with: FBI, Computer Analyst Mike Waski CART FE |
| Inventory made in the presence of: Josh Wilson, Special Agent, FBI | | |
| Inventory of the property taken and name of any person(s) seized: | | |

One Apple MacBook Pro Laptop Computer Serial number FVFXC2MMHV29; and one Western Digital harddrive Serial number WX21A19ATFF3

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/30/2020

*Executing officer's signature*

Joseph A. Ziegler Special Agent
*Printed name and title*

Sworn to and subscribed before me,
1/30/2020

Sherry R. Fallon
U.S. Magistrate Judge

## ATTACHMENT A

### Property to be Searched

The property to be searched is the following: (1) Apple MacBook Pro Laptop Computer; Serial Number FVFXC2MMHV29 ("TARGET MACBOOK PRO"); and (2) Western Digital External Hard Drive; Serial Number WX21A19ATFF3 ("TARGET EXTERNAL HARD DRIVE"). The TARGET MACBOOK PRO and the TARGET EXTERNAL HARD DRIVE are currently located at the FBI-Wilmington Resident Agency, 500 Delaware Avenue, Suite 300 Wilmington, Delaware, 19801.

1

## ATTACHMENT B

### Particular Things to be Seized

All information that constitutes fruits, contraband, evidence, and instrumentalities of tax evasion (26 U.S.C. § 7201), willful failure to file tax returns and failure to pay income tax (26 U.S.C. § 7203), and willfully filing false tax returns (26 U.S.C. § 7206(1)), those violations involving Robert Hunter Biden or any entity he owns or controls, occurring after January 1, 2014, including, for the TARGET MAC BOOK PRO and the TARGET EXTERNAL HARD DRIVE listed on Attachment A, information pertaining to the following matters:

(a) All financial and other bookkeeping information and records, including correspondence regarding the same;

(b) All records and information relating to federal, state, and foreign individual, corporate, employment and property taxes, including correspondence regarding the same;

(c) All records and information pertaining to personal and business expenditures including correspondence regarding the same;

(d) All records and information reflecting business operations and business ownership, including business incorporation documents, employment records, paychecks, business expenses, business income, investments, and work schedules, including correspondence regarding the same;

(e) Evidence indicating the state of mind of the owner and user of the TARGET MACBOOK PRO and the TARGET EXTERNAL HARD DRIVE as it relates to the crime under investigation;

2

(f) Evidence of user attribution showing who used or owned the TARGET MACBOOK PRO and the TARGET EXTERNAL HARD DRIVE at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI or IRS-CI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

3